1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  BRITTANY ANN BURKETT,                      **Case No.  1:16-cv-01700-EPG**

12              Plaintiff,                      **ORDER DIRECTING THE CLERK OF
                                               THE COURT TO CLOSE THE CASE**
13       v.
                                               (ECF No. 14)
14  COMMISSIONER OF SOCIAL
    SECURITY,
15
                Defendant.
16

17
        On August 14, 2017, the parties filed a stipulation dismissing this action with prejudice.
18
    (ECF No. 14.) All parties have agreed to the stipulation. In light of the stipulation, this action has
19
    been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692
20
    (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is
21
    DIRECTED to close this case.
22

23  IT IS SO ORDERED.

24
        Dated:   **August 15, 2017**                  /s/ *Erica P. Groj*
25                                               _____
                                                 UNITED STATES MAGISTRATE JUDGE
26

27

28

                                                1